UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRI HUU HUYNH,

        Plaintiff,

   v.

ALAMO, et al.,

        Defendants.

Case No. 20-cv-03034-RS (PR)

**ORDER REOPENING ACTION;**

**ORDER SETTING BRIEFING SCHEDULE**

This action, along with several other suits filed by plaintiff, was stayed and referred for settlement. (Dkt. No. 38.) This action did not settle. (Dkt. No. 56.) Accordingly, the stay is DISSOLVED and the action is REOPENED. The Clerk shall reopen the action.

On or before **December 1, 2023**, defendants shall refile their motion for summary judgment, with whatever changes to the motion they deem necessary. Plaintiff's opposition shall be filed within 45 days after defendants' summary judgment motion is filed. Defendants' reply shall be filed within 15 days after plaintiff's opposition is filed. The motion shall be deemed submitted on the day the reply brief is due.

Plaintiff's motion for the appointment of counsel is DENIED for the same reason his prior such motion was denied: this case does not present factually or legally complex issues and plaintiff has filed clearly written and well-reasoned filings without assistance. (Dkt. No. 58.) Plaintiff's motion for leave to file a motion for reconsideration is DENIED. (Dkt. No. 59.) The Clerk shall terminate all pending motions.

**IT IS SO ORDERED.**

**Dated:** October 25, 2023

                                          RICHARD SEEBORG
                                          Chief United States District Judge